IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MOLLY ABRAHAM,

    Plaintiff,

v.                                Case No. 15-cv-1116

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM,
et al.,

    Defendants.

## DEFENDANTS' PARTIAL MOTION TO DISMISS
## SECOND AMENDED COMPLAINT

Defendants Board of Regents of the University of Wisconsin System, and Sue Weslow, Shannon Bradbury, Devarajan Venugopalan, Johannes Britz, and Jason Kuiper, in their individual and official capacities, by their undersigned attorneys, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, seek an order dismissing several, but not all, of Plaintiff's claims brought via 42 U.S.C. § 1983 under the Fourteenth Amendment, the Americans with Disabilities Act (ADA), the Rehabilitation Act, the Family and Medical Leave Act (FMLA), the

Equal Pay Act, and Title VII of the Civil Rights Act of 1964. A brief in support is filed separately.

Dated this 16th day of May, 2016.

Respectfully submitted,

BRAD D. SCHIMEL
Wisconsin Attorney General


s/Anne Bensky
ANNE M. BENSKY
Assistant Attorney General
State Bar #1069210

STEVEN C. KILPATRICK
Assistant Attorney General
State Bar #1025452

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 264-9451 (Bensky)
(608) 266-1792 (Kilpatrick)
(608) 267-8906 (Fax)
benskyam@doj.state.wi.us
kilpatricksc@doj.state.wi.us