UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| DATE: | March 17, 2017 |
| JUDGE: | Pamela Pepper |
| CASE NO: | 2015-cv-1116 |
| CASE NAME: | Molly Abraham v. Board of Regents of The University of Wisconsin System, et al |
| NATURE OF HEARING: | Rule 16 Scheduling Conference |
| APPEARANCES: | Brenda Lewison - Attorney for the plaintiff |
| | Anne Bensky – Attorney for the defendants |
| COURTROOM DEPUTY: | Kristine Wrobel |
| TIME: | 9:04 a.m. – 9:18 a.m. |
| HEARING: | July 6, 2017 at 9:00 a.m. by telephone |

The court noted that the parties had filed a joint Rule 26(f) plan, which the court had reviewed. The court told the parties that if they decided at any point that they would like to utilize a magistrate judge to facilitate mediation, they should notify the court by filing a joint motion or by contacting chambers with all parties on the line. The court further encouraged the parties to contact chambers by telephone (with all parties on the line) if they encountered a discovery dispute that did not require them to brief a legal issue. The court told the parties that it would be happy to conduct a telephone hearing at its earliest convenience to assist the parties in resolving that dispute. The court also advised the parties that they could go to the court's website – www.wied.uscourts.gov – to look at its tips and suggestions for practicing in this court. Finally, the court informed the parties that while it was willing to sign agreed protective orders, it would not sign such orders if the orders contained provisions requiring the court to place certain documents under seal, and would hold hearings on any motions to seal that stated, as cause, only that the document to be sealed was covered by a protective order.

Accordingly, the court **ORDERS** the following:

The parties shall make their initial discovery disclosures by April 10, 2017.

The plaintiff shall disclose the identities of her expert witnesses, their reports and any supporting documentation no later than August 1, 2017.

The defendant shall disclose the identities of its expert witnesses, their reports and any supporting documentation no later than September 1, 2017.

The parties shall complete all discovery no later than October 16, 2017.

Any party wishing to file dispositive motions must do so by November 1, 2017. The response and reply deadlines mandated by the local rules shall apply.

The parties may each serve up to thirty-five (35) interrogatories.

Dated in Milwaukee, Wisconsin this 24th day of March, 2017.

BY THE COURT:

_____
HON. PAMELA PEPPER
United States District Judge